7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                    Plaintiff,                    Case Number:   07-20400

vs.                                              Honorable Julian Abele Cook, Jr.

LEROY FRASIER

                    Defendant.

_____/

**GUILTY PLEA QUESTIONNAIRE**

**FILED**

**JUL 3 0 2009**

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

1. What is your name?
   _____ Leroy Frasier _____

2. Identify each and every criminal charge, to which you are offering a plea of guilt.

   _____
   _____
   _____
   _____

3. Do you know that any statement made by you to the Court during this proceeding may be used against you in perjury or false statement prosecutions by the Government?
   Yes_____ No _X___

4. How old are you?
   _____ 51 _____

5. Can you read, write and understand the English language?
   Yes _✓__ No _____

6. What is the highest level of your formal education?
   _____ 12th _____

7. Do you know that you have a right to have an attorney represent your interests during every legal proceeding before this Court?
   Yes _✓__ No _____



GOVERNMENT EXHIBIT 2

## GUILTY PLEA QUESTIONNAIRE [Continued]

8. Do you know that the Court will appoint a lawyer to represent your interests in this criminal case if you cannot afford to retain an attorney of your own selection?
Yes ✓   No_____

9. Do you know that you have a right to plead not guilty?
Yes ✓   No_____

10. Do know that you, as a Defendant in this criminal litigation, are presumed to be innocent until such time as (a) your guilt is determined by a jury or the Court, or (b) your waiver to a trial is accepted by the Court?
Yes ✓   No_____

11. Is it your desire to waive (or give up) your right to a trial by jury?
Yes ✓   No_____

12. Is it also your desire to waive (or give up) your right to a trial without a jury?
Yes ✓   No_____

13. Are you aware that the Government would have to prove your guilt beyond a reasonable doubt during a trial?
Yes ✓   No_____

14. Do you understand that you have a right to be confronted by all of the witnesses who may be called upon by the Government to testify against you?
Yes ✓   No_____

15. Do you know that your attorney will be given an opportunity to cross examine every witness who may be called upon by the Government to testify against you?
Yes ✓   No_____

16. Are you aware that you have a right to call witnesses on your behalf?
Yes ✓   No_____

17. Do you understand that you may use a subpoena for the purpose of obtaining the presence of witnesses to testify on your behalf during a hearing or a trial in this case?
Yes ✓   No_____

18. Do you know that you have a right to remain silent and not to incriminate yourself at anytime during this case?
Yes ✓   No_____

2

## GUILTY PLEA QUESTIONNAIRE [Continued]

19. Are you aware that you are not required to testify at any time in this case unless it is your desire to do so?
Yes ✓   No ___

20. Do you know that the United States Attorney cannot comment upon your decision not to take the witness stand in your own defense?
Yes ✓   No ___

21. Do you understand that you have a right to have the jury instructed that no inference of guilt can be assumed by your decision not to take the witness stand?
Yes ✓   No ___

22. If you plead guilty, do you know that (a) there will be no trial, and (b) you will waive (or give up) your right to a trial?
Yes ✓   No ___

23. If you are convicted at a trial, are you aware of your right to appeal the verdict and/or the sentence?
Yes ✓   No ___

24. If your plea of guilt is accepted by the Court or in the event that you are convicted at the conclusion of a trial, are you aware of your right to receive the services of an attorney who will assist you with your appeal?
Yes ✓   No ___

25. Did your attorney inform you of the nature and the elements of the criminal offense, to which you are offering a plea of guilt?
Yes ✓   No ___

26. Do you fully understand the nature and the elements of this criminal offense?
Yes ✓   No ___

27. Has your attorney fully answered all of your questions about this criminal charge to your complete satisfaction?
Yes ✓   No ___

28. Do you fully understand every provision within the proposed Rule 11 Plea Agreement?
Yes ✓   No ___

29. Are you aware that the proposed Rule 11 Plea Agreement contains a provision which indicates

3

## GUILTY PLEA QUESTIONNAIRE [Continued]

that you have waived (or given up) your right of appeal, as well as your right to collaterally attack the sentence?

Yes ✓    No_____

✓ 30.    Do you understand that this proposed Rule 11 Plea Agreement is only a recommendation to the Court?

Yes ✓    No_____

✓ 31.    Do you realize that the Court has the right to reject this proposed Rule 11 Plea Agreement?

Yes ✓    No_____

✓ 32.    Do you know that if your proposed Rule 11 Plea Agreement is covered by Federal Rule of Criminal Procedure 11 (c)(1)(A) or Federal Rule of Criminal Procedure 11 (c)(1)©, it will become binding upon you and the Government if it is accepted by the Court?

Yes ✓    No_____

✓ 33.    Do you also understand that if your proposed Rule 11 Plea Agreement is covered by Federal Rule of Criminal Procedure 11(c)(1)(B), you do not have a right to withdraw your guilty plea even if the Court rejects the recommendation by the Government?

Yes ✓    No_____

✓ 34.    Are you aware that the Court may require you to provide full and complete restitution of any victim of your alleged criminal activity?

Yes ✓    No_____

✓ 35.    If your guilty plea is accepted by the Court, do you know that a special assessment for each count, to which your guilty plea applies, will be imposed upon you in addition to any fine and/or costs?

Yes ✓    No_____

*Note:* If your answer is "yes," insert an "x" in the box next to the special assessment that is applicable in your case.

Misdemeanor Cases:

| Class A | [  ] | $ 25.00 against an individual Defendant |
| Class B | [  ] | $ 10.00 against an individual Defendant |
| Class C | [  ] | $  5.00 against an individual Defendant |

Felony Cases:

[ ✓ ]    $100.00 against an individual Defendant

36.    Set forth the details of your relevant criminal conduct, as it relates to this case, on the lines

4

<u>GUILTY PLEA QUESTIONNAIRE</u> [Continued]

below.

*I WENT TO INDANA WITH THE OUTLAWS MOTORCYCLE CLUB AND WE HAD AN ALTERCATION WITH ANOTHER MOTORCYCLE CLUB.*

37. Are you also aware that the Court, in seeking to determine the appropriate sentence to impose upon you in this case, has a legal obligation to examine, evaluate and consider (a) the applicable sentencing guideline range, (b) any possible departures under the sentencing guidelines, and © such other sentencing factors that may be applicable under 18 U.S.C. §3553 (a)?
Yes ✓ No_____

38. Set forth your understanding of the statutory penalties that can be imposed upon you by the Court in this case:

Maximum period of incarceration _2 YRS_
Minimum period of incarceration _____
Maximum amount of fine _____
Minimum amount of fine _____
Maximum term of supervised release _____
Minimum term of supervised release _____

39 Do you know that your guilty plea, if accepted by the Court, could result in the revocation of any presently existing probation or parole?
Yes ✓ No_____

40. Do you understand that the law requires the Court to impose a term of supervised release upon the completion of your imprisonment (a) if you are placed in custody for more than one year or (b) if a term of supervised release is required by a specific statute?
Yes ✓ No_____

41. Are you aware that if you violate a condition of supervised release (a) your supervised release may be revoked and followed by a term of imprisonment, or (b) you may be permitted to continue on supervised release without an extension of its terms or a modification of its conditions?
Yes ✓ No_____

42. Is your plea of guilt being submitted to the Court freely and voluntarily, along with a complete understanding of the nature and the elements of the criminal charges that have been made against you by the Government, as well as a full awareness of the maximum penalties that can be imposed under the law?
Yes ✓ No_____
*Note:* If your answer is "no," set forth the basis for your answer on the following lines:

5

## GUILTY PLEA QUESTIONNAIRE [Continued]

43. Have you been induced or persuaded to offer this plea of guilt because of any statement or representation that you would be treated with leniency by the Court only if you offered a plea of guilt to the charge in this case?
Yes ____ No ____
*Note*: If your answer is "yes," provide the Court with specific information relating to the statement or representation, as well as the name of the person(s) who made the statement or representation, on the following lines:

44. Have you been induced or persuaded to offer this plea of guilt because of any threat, undue influence, duress or promise?
Yes ____ No ____
*Note*: If your answer is "yes," provide the Court with specific information relating to the threat, undue influence, duress or promise on the following lines:

45. Did you consume any illegal drugs, medication, alcohol, or a controlled substance on or near the date that the alleged crime was committed?
Yes ____ No ____
*Note*: If your answer to this question is "no," disregard Questions 46 & 47 and proceed directly to Question 48.

46. Do you believe that your consumption of illegal drugs, medication, alcohol or a controlled substance on or about the date when the alleged crime was committed impaired, or tended to impair, your ability to know the difference between right and wrong?
Yes ____ No ____

47. Did your consumption of illegal drugs, medication, alcohol or a controlled substance impair, or tend to impair, your ability to (a) completely understand the nature of the pending criminal charge against you, (b) fully understand all of the questions that have been asked of you in this questionnaire, and © provide the Court with full, complete and truthful answers to these questions?
Yes ____ No ____

48. Do you know of anything that would prevent you from (a) fully comprehending the nature of

6

## GUILTY PLEA QUESTIONNAIRE [Continued]

the criminal charge that has been placed against you, (b) completely understanding all of the questions that have been submitted to you, and © providing the Court with full, complete and truthful answers to these questions?

Yes_____ No _✓__

49. Is your plea of guilt being offered because you believe that it would be in your best interest to do so?

Yes _✓_ No_____

50. Are you asking the Court to accept your admission of guilt?

Yes _✓_ No_____

51. After reflecting upon the answers that you have given to the questions from the Court, do you now offer a plea of guilt to the criminal charge which has been listed below?

Yes _✓_ No_____

52. Have you thoroughly understood all of the questions that have been asked of you in this "Guilty Plea Questionnaire" form?

Yes _✓_ No_____

*Note:* If your answer is "no," identify the questions that you did not thoroughly understand.

Dated: _July 30, 2009_

Defendant's Signature     LEROY FRASIER

6/22/06

7